**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARKIECE PALMER,

Plaintiff,

v.

TIM GARRETT, *et al.*,

Defendants.

Case No. 3:23-cv-00479-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Dana Marks**, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 13.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 14.)

The Clerk shall ISSUE a summons for **Dana Marks** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 14.) The Clerk shall also SEND sufficient copies of the (ECF No. 7), the court's screening order (ECF No. 6) and this order to the U.S. Marshal for service on Defendant Marks. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **July 15, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED:  May 8, 2024.

_____
UNITED STATES MAGISTRATE JUDGE