# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARKIECE PALMER,<br><br>                              Plaintiff,<br><br>    v.<br><br>TIM GARRETT, *et al.*,<br><br>                              Defendants. | 3:23-cv-00479-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 19 |

Before the court is Plaintiff's Judicial Notice and Extension of Time to Complete Service as to Defendant Dana Marks. (ECF No. 19.)

On May 7, 2024, Defendants filed a Notice of Acceptance of Service which stated that the Office of the Attorney General would not accept service on behalf of Dana Marks and his last known address would be filed under seal. (ECF No. 13.)

On May 15, 2024, the U.S. Marshal Service returned the summons and USM-285 form for Defendant Dana Marks as unexecuted with the notation "unable to locate." (ECF No. 18 at 2.)

It has come to the court's attention that Defendant Dana Marks is a named Defendant in a lawsuit (*Santana v. Revus*, *et al.,* 3:23-cv-00395-LRH-CSD) for whom the Office of the Attorney General accepted service on April 24, 2024.

Based on the above, **IT IS HEREBY ORDERED** that the Office of the Attorney General shall **within fourteen (14) days** from the date of this order advise if the Office can accept service for Defendant Dana Marks.

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **August 15, 2024**, to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED:  May 30, 2024.

_____
UNITED STATES MAGISTRATE JUDGE